Elisabeth M. McOmber (10615)
Jason R. Harmon (17378)
**SNELL & WILMER**
15 W South Temple #1200
Salt Lake City, UT 84101-1531
Telephone: 801.257.1880
emcomber@swlaw.com
jharmon@swlaw.com
*Attorney for Defendant Wright Medical Technology, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, THIRD JUDICIAL DISTRICT**

| | |
|---|---|
| **PATRICIA L. POWELL and ROBERT B. POWELL,**<br><br>Plaintiffs,<br><br>v.<br><br>**WRIGHT MEDICAL TECHNOLOGY, INC.,**<br><br>Defendant. | **DEFENDANT WRIGHT MEDICAL TECHNOLOGY, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:20-cv-00306<br>Judge Robert J. Shelby<br><br>JURY TRIAL DEMANDED |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Wright Medical Technology, Inc. discloses that it is a wholly owned subsidiary of Defendant Wright Medical Group, Inc., which is a wholly owned subsidiary of Wright Medical Group, N.V. Wright Medical Group, N.V. is a publicly traded corporation and owns 10% or more of the stock in Wright Medical Group, Inc.

Dated: June 24, 2020

Respectfully submitted,

*/s/ Elisabeth M. McOmber*
Elisabeth M. McOmber
Jason R. Harmon
**SNELL & WILMER**
*Attorney for Defendant Wright Medical Technology, Inc.*