IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATRICIA L. POWELL and ROBERT B. POWELL,<br><br>Plaintiffs,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC.,<br><br>Defendant. | **ORDER DISMISSING CASE**<br><br>2:20-cv-00306-RJS-JCB<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

Having considered the parties' Joint Stipulation of Dismissal,[1] and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice as to all claims.[2]  Each party shall bear its own attorneys' fees and costs.  The Clerk of Court is directed to close the case.

SO ORDERED this 13th day of October, 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 22.

[2] *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).